IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-358 |
| vs. | FINAL ORDER OF FORFEITURE |
| TAMMY O'NEILL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 49). On November 26, 2019, the Court entered a Preliminary Order of Forfeiture (filing 40) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to knowingly and intentionally distributing or possessing with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841, and her admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendant's interest in $4,506 in United States currency was forfeited to the United States. Filing 40.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on November 28, 2019, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 48) was filed on January 27, 2020. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 49) is granted.

2. All right, title, and interest in and to the $4,506 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 15th day of October, 2020.

                          BY THE COURT:

                          John M. Gerrard
                          Chief United States District Judge